IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK SUTTON,   　　　　　　　　　　　No. C-12-0086 TEH (PR)

　　　　Petitioner,   　　　　　　　ORDER EXTENDING TIME TO
　　　　　　　　　　　　　　　　　　COMPLETE IN FORMA PAUPERIS
　　v.   　　　　　　　　　　　　　APPLICATION

RANDY GROUNDS, Warden,

　　　　Respondent.
_____/

　　　　On January 5, 2012, Petitioner filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court notified Petitioner in writing at that time that the action was deficient because he did not pay the requisite $ 5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in his prison trust account and a copy of his prison trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2).

　　　　On February 8, 2012, Petitioner filed an in forma pauperis application, but did not attached the required completed certificate of funds in his prison trust account and a copy of his prison trust

account statement for the last six months. Petitioner's <u>in forma pauperis</u> application is therefore incomplete. By April 9, 2012, Petitioner must file a Certificate of Funds in Prisoner's Trust Account completed and signed by an authorized officer at the prison, and a copy of his prison trust account statement for the last six months, or his action will be dismissed, the file closed, and the entire filing fee will become due immediately.

   IT IS SO ORDERED.

DATED  _03/08/2012_

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.12\Sutton-12-086-eot-ifp.wpd

2