IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK SUTTON,                          No. C-12-0086 TEH (PR)

        Petitioner,              ORDER OF DISMISSAL

        v.

RANDY GROUNDS, Warden,

        Respondent.

_____/

On January 5, 2012, Petitioner filed a _pro se_ petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court notified Petitioner in writing at that time that the action was deficient because he did not pay the requisite $ 5.00 filing fee or, instead, submit a signed and completed court-approved _in forma pauperis_ application, including a completed certificate of funds in his prison trust account and a copy of his prison trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2).

On February 8, 2012, Petitioner filed an _in forma pauperis_ application, but did not attach the required completed certificate of funds in his prison trust account and a copy of his prison trust

account statement for the last six months. Doc. #6. The Court granted Petitioner an extension of time to April 9, 2012 to file the requisite items. Doc. #7. Petitioner still has not filed the requisite items.

Accordingly, the action is DISMISSED without prejudice. The Clerk is directed to terminate all pending motions as moot and close the file.

IT IS SO ORDERED.

DATED   *04/25/2012*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.12\Sutton-12-086-dismiss-ifp.wpd

2